IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:13-CR-12-WLS |
| v. : | |
| : | |
| STEWART PARNELL, : | |
| MICHAEL PARNELL, : | |
| SAMUEL LIGHTSEY, and : | |
| MARY WILKERSON, : | |
| : | |
| Defendants. : | |

Filed at 8:00 A M
9/6, 20 13
BCL
Deputy Clerk, U.S. District Court
Middle District of Georgia

## SCHEDULING ORDER

This case is set for Trial by Jury to commence on February 10, 2014, in the United State District Court for the Middle District of Georgia, Albany Division. Except for good cause shown, the following pre-trial matters in this case shall adhere to the following schedule:

On or before October 25, 2013, the defendants shall file all preliminary motions related to dismissal of the Indictment, joinder, severance, suppression, alibi, insanity, public authority defenses, discovery, and expert witnesses, with the exception of motions in limine.

On or before October 25, 2013, the government shall file all preliminary motions, with the exception of motions in limine.

On or before November 15, 2013, the government and defendants shall file their responses to the motions.

On or before November 29, 2013, the government and the defendants shall file their replies to the responses to the motions.

1

On December 5, 2013, a motions hearing for all preliminary motions shall be conducted.

On or before December 23, 2013, the government and the defendants shall file all motions in limine.

On or before January 13, 2014, the government and defendants shall file their responses to the motions.

On or before January 23, 2014, the government and the defendants shall file their replies to the responses to the motions.

On January 28, 2014, a motion in limine hearing and a pretrial hearing shall be conducted.

On or before February 3, 2014, the government and the defendants shall submit proposed voir dire questions and jury instructions. Parties may move to include, exclude or amend jury instructions at a time during trial as ordered by the Court.

All requests for extension of deadlines shall be filed seven days prior to the deadline.

**FURTHERMORE**, the government and defense counsel shall meet and confer on January 29, 2014, regarding exhibits, demonstrative and evidentiary, and exhibit lists with the purpose of working toward stipulations regarding exhibits and submitting final

exhibit lists by government and defense counsel to the Court three days prior to trial.

**SO ORDERED**, this 4th day of September, 2013.

*/s/ W. Louis Sands*

**HONORABLE W. LOUIS SANDS**
**UNITED STATES DISTRICT JUDGE**