IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:13-cr-12 (WLS) |
| | : | |
| STEWART PARNELL, MICHAEL PARNELL, SAMUEL LIGHTSEY, AND MARY WILKERSON, | : | |
| Defendants. | : | |

## ORDER

The Parties in the above-captioned case appeared for a hearing on pending motions on December 6, 2014. The instant Order memorializes the Court's instructions and rulings during the conference.

First, the Court granted Defendant Samuel Lightsey's Motion to Continue. (Doc. 113.) The Parties shall confer and submit to the Court a joint proposed scheduling order no later than **Wednesday, January 15, 2014**, suggesting proposed trial dates to begin between July 7, 2014 and August 2014. The joint proposed scheduling order shall also set forth two dates for hearings—one falling close to trial to resolve trial motions and another falling midway between now and trial for a *Daubert* hearing on Dr. Conley's testimony.

Second, regarding the Joint Motion for Severance By Defendant Stewart Parnell and Defendant Michael Parnell (Doc. 87), the Court agreed to review *in camera* affidavits and/or other supporting submissions to demonstrate why their defenses are

1

antagonistic and mutually exclusive. Defendants shall file their documents under seal to the docket no later than **Wednesday, January 15, 2014**.

Third, and finally, the Court shall take under advisement and reserve ruling on any pending discovery motions and the Government's Motion for Competency Hearing. The Court will resolve those motions at a future date.

**SO ORDERED**, this  11th  day of December, 2013.

                                            /s/ W. Louis Sands
                                            **W. LOUIS SANDS, JUDGE**
                                            **UNITED STATES DISTRICT COURT**