IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:13-CR-12-WLS |
| v. : | |
| : | |
| STEWART PARNELL, : | |
| MICHAEL PARNELL : | Filed at _10:25 A_ M |
| SAMUEL LIGHTSEY, AND : | _1/22_, 20 _14_ |
| MARY WILKERSON : | |
| : | _BCL_ |
| Defendants. : | DEPUTY CLERK, U.S. DISTRICT COURT |
| : | MIDDLE DISTRICT OF GEORGIA |

## SCHEDULING ORDER

This case is set for Trial by Jury to commence on July 14, 2014, in the United States District Court for the Middle District of Georgia, Albany Division. Except for good cause shown, the following pre-trial matters in this case shall adhere to the following schedule:

On March 13, 2014, a *Daubert* hearing shall be conducted. @ 10:00 a.m.

On or before March 21, 2014, the defendants shall file all preliminary motions related to dismissal of the Indictment, joinder, severance, suppression, alibi, insanity, public authority defenses, and additional motions for discovery and expert witnesses.

On or before March 21, 2014, the government shall file all preliminary motions, with the exception of motions in limine.

On or before April 10, 2014, the government and defendants shall file their responses to the motions.

On or before April 21, 2014, the government and the defendants shall file their replies to the responses to the motions.

On April 30, 2014, a motions hearing for motions filed March 21, 2014, shall be conducted.

On or before May 20, 2014, the government and the defendants shall file all motions in limine.

On or before June 9, 2014, the government and defendants shall file their responses to the motions.

On or before June 19, 2014, the government and the defendants shall file their replies to the responses to the motions.

On June 24, 2014, a motion in limine hearing and a pretrial hearing shall be conducted.

On or before July 7, 2014, the government and the defendants shall submit proposed voir dire questions and jury instructions. Parties may move to include, exclude or amend jury instructions at a time during trial as ordered by the Court.

All requests for extension of deadlines shall be filed seven days prior to the deadline.

**FURTHERMORE**, the government and defense counsel shall meet and confer June 25, 2014, prior to trial regarding exhibits, demonstrative and evidentiary, and exhibit lists with the purpose of working toward stipulations regarding exhibits and submitting final exhibit lists by government and defense counsel to the Court three days prior to trial.

**SO ORDERED**, this 16th day of January, 2014.

_____
HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT COURT