IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:13-cr-12 (WLS) |
| | : | |
| STEWART PARNELL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Before the Court is the United States of America's Motion to File a Surreply to Correct Defendant Stewart Parnell's Misstatement of Law. (Docs. 145, 146.)[1] In the motion, the United States claims a sur-reply is warranted to respond to Defendant Stewart Parnell's argument that knowledge is not an essential element of the crimes charged against him.

In general, sur-replies are not favored in this District. M.D. Ga. L. R. 7.3.1(b). Whether to grant leave to file a sur-reply is "purely discretionary and should generally only be allowed when 'a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief.'" *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 F. App'x 777, 788 (11th Cir. 2008) (quoting *Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005)).

After a review of the record and briefs, the Court will permit a three-page sur-reply to address Defendant's argument that knowledge is not an essential element of the offenses in the Indictment. Because Parnell raised that argument for the first time in his reply, the United States has not had the opportunity to respond to the argument.

---

[1] Parnell filed a response brief in opposition to the Government's Motion to File Sur-reply. Having reviewed the response, the Court finds it unpersuasive. In any event, under this Court's local rules, Parnell was not permitted to file a response. M.D. Ga. L. R. 7.3.1(c) ("[N]o response to the motion [to file a sur-reply] shall be allowed.").

1

Therefore, the motion is **GRANTED**, and the United States may file a sur-reply no longer than three pages within **seven (7) days** of the entry of this Order.

SO ORDERED, this    22nd  day of April, 2014.

                                             _/s/ W. Louis Sands_____
                                             **W. LOUIS SANDS, JUDGE**
                                             **UNITED STATES DISTRICT COURT**